WADSWORTH RUEDIGER, INC., Appellant, v. IVAN FLOOD, Respondent.— Without passing upon the sufficiency of the defense of the Statute of Frauds, and reserving that question for the trial, the order appealed from is affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination

to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.